MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

TABETHA MARTINEZ,

    Plaintiff,

vs.

NORDSTROM fsb

    Defendant.

Case No. 2:13-cv-00426-JAD-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| MITCHELL D. GLINER, ESQ. | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| /s/Mitchell D. Gliner | |
| MITCHELL D. GLINER, ESQ. | SEAN FORBUSH, ESQ. |
| Nevada Bar #003419 | Nevada Bar #012741 |
| 3017 West Charleston Blvd., #95 | 7401 W. Charleston Blvd. |
| Las Vegas, NV 89102 | Las Vegas, NV 89117 |
| Attorney for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED this 16 day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE